UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA DEGRUY-HAMPTON,** *Plaintiff* <br><br> v. <br><br> **OCHSNER CLINIC,** *Defendant* | CASE NO. 2:20cv2417 <br><br> JUDGE MORGAN <br><br> MAGISTRATE JUDGE CURRAULT |

## ORDER

THIS MATTER having come before the Court on the Joint Motion for Dismissal of All Claims With Prejudice, submitted by Plaintiff and Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (R. Doc. 44), and upon consideration thereof:

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Dismissal of All Claims With Prejudice is **GRANTED**. The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

New Orleans, Louisiana, this 11th day of August, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

{N4431203.1}